May 8, 1981.

435 A.2d 241

Busy Beaver Building Centers v. Nobile, etc., Appellant.

■■■■■ Submitted November 14, 1980. Ralph D. Conrad, for appellant; John F. Meck, for appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

The order of November 16, 1979 is affirmed.

435 A.2d 241

Commonwealth v. Balas, Appellant.

■■■■■ Submitted December 5, 1980. Peter T. Campana, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.